UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EAST POINT SYSTEMS, INC., | : | |
| THOMAS MARGARIDO, | : | |
| JASON MARGARIDO, AND | : | |
| PAUL TAFF, | : | |
| | : | No. 3:13-cv-00215-VLB |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| STEVEN MAXIM, S2K, INC., | : | |
| MAXIM ENTERPRISES, INC., | : | April 29, 2013 |
| MAXIM FIELD SERVICE SUPPLY, | : | |
| INC., EDWIN PAJEMOLA, AND | : | |
| CLEVELAND FIELD SYSTEMS, LLC, | : | |
| | : | |
| DEFENDANTS. | : | |
| | : | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants Edwin Pajemola and Cleveland Field Systems, LLC in the above-captioned matter.

DEFENDANTS
EDWIN PAJEMOLA AND
CLEVELAND FIELD SYSTEMS, LLC

By: _____/s/_____
Edward R. Scofield

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
Email: escofield@znclaw.com

**Their Attorney**

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

/s/
**Edward R. Scofield**