UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST POINT SYSTEMS, INC., : <br> THOMAS MARGARIDO, : <br> JASON MARGARIDO, AND : <br> PAUL TAFF, : <br>   : <br>   PLAINTIFFS, : <br>   : <br> v. : <br>   : <br> STEVEN MAXIM, S2K, INC., : <br> MAXIM ENTERPRISES, INC., : <br> MAXIM FIELD SERVICE SUPPLY, : <br> INC., EDWIN PAJEMOLA, AND : <br> CLEVELAND FIELD SYSTEMS, LLC, : <br>   : <br>   DEFENDANTS. : <br>   : | No. 3:13-cv-00215-VLB <br><br><br><br><br><br><br><br> April 29, 2013 |

## MOTION FOR EXTENSION OF TIME

The defendants, Edwin Pajemola and Cleveland Field Systems, LLC hereby request an initial extension of time under Local Rule 7(b), to and including May 28, 2013 within which to move, answer or otherwise respond to the plaintiffs' Complaint.

This is the first such request for an extension directed to this time period.

The undersigned has confirmed with Bruce Raymond, counsel for plaintiffs, who advises that as of this date, plaintiffs consent to a one week extension of time (to and including May 6, 2013, but that plaintiffs may consent to

the balance of the requested extension after further discussions among counsel.

        **DEFENDANTS**
        **EDWIN PAJEMOLA AND**
        **CLEVELAND FIELD SYSTEMS, LLC**

        By: _____/s/_____
            Edward R. Scofield

        Zeldes, Needle & Cooper, P.C.
        1000 Lafayette Blvd., Suite 500
        Bridgeport, CT 06604
        Tel: 203-333-9441
        Fax: 203-333-1489
        Email: escofield@znclaw.com

        **Their Attorney**

## CERTIFICATE OF SERVICE

    **I hereby certify that on April 29, 2013 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.**

                _____/s/_____
                Edward R. Scofield