UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                                                     )
**EAST POINT SYSTEMS, INC.,** *et al.*        )
                                                                     )
                             **Plaintiffs,**  )    Case No. 2:13-cv-00215-VLB
                                                                     )
        **v.**                                          )
                                                                     )
**STEVEN MAXIM,** *et al.*,                          )
                                                                     )    February 11, 2014
                                                                     )
                             **Defendants.**  )
_____)

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS CLEVELAND FIELD SYSTEMS, LLC AND EDWIN PAJEMOLA

Pursuant to Local Rule 7(e), Timothy L. McGarry and the law firm of Henderson & Schmidlin Co., LPA and Edward Scofield and the law firm of Zeldes, Needle & Cooper, P.C. (collectively, "Movants"), hereby move for leave to withdraw as counsel for Defendants Edwin Pajemola ("Pajemola") and Cleveland Field Systems, LLC ("CFS") (collectively, the "Pajemola Defendants"). Movants have been unable to reach the Pajemola Defendants despite repeated efforts in order to comply with the Pajemola Defendants' discovery obligations. Movants submit other good cause also exists for withdrawal.

Pursuant to Local Rule 7(e), Movants are serving this Motion upon the Pajemola Defendants via certified mail, return receipt requested, as well as via electronic mail. Movants have notified the Pajemola Defendants that failure by CFS to engage successor counsel and failure by Pajemola to either engage successor counsel and/or enter a pro se appearance may lead to a judgment

being entered against the Pajemola Defendants and/or dismissal of their counterclaims and cross claims.

Based upon the foregoing, Movants respectfully request leave to withdraw as counsel of record for the Pajemola Defendants.

By: _____/s/_____
Edward R. Scofeld
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06601
Tel:  203-333-9441
Fax: 203-333-1489
escofeld@znclaw.com

s/Timothy L. McGarry
Timothy L. McGarry
Henderson & Schmidlin Co., LPA
840 Brainard Road
Highland Heights, OH  44143
Phone:  440-720-0379
Fax:  440-720-0385
Email:  tmcgarry@hendersonschmidlin.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, a copy of the foregoing was sent by e-mail to all counsel of record and the Pajemola Defendants.  The Pajemola Defendants were also served via certified mail at:

Edwin Pajemola
4223 Morley Drive
Reminderville, Ohio 44202

By: _____/s/_____
Timothy L. McGarry

2