IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EAST POINT SYSTEMS, INC., et al.** | ) | CASE NO. 3:13-cv-00215-VLB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **STEVEN MAXIM, S2K, INC., et al.** | ) | |
| | ) | |
| Defendants. | ) | FEBRUARY 22, 2014 |

**MOTION OF MAXIM ENTITIES, UNDER FED. R. CIV. P. 6(b)(1)(B) FOR EXTENSION OF TIME TO FILE ANSWER OF MAXIM ENTITIES AMEND COUNTERCLAIMS AND CROSS-CLAIM, *NUNC PRO TUNC***

Now come defendants Steven Maxim, S2k, Inc., Maxim Enterprises, Inc., and Maxim Field Service Supply, Inc. (collectively, "Maxim Entities"), through their attorneys, and move this honorable Court for an Order extending the time to file the Answer of Maxim Entities Amend Counterclaims and Cross-claim (hereinafter "Answer and Amended Counterclaims"), *nunc pro tunc.* The reason for this Motion is that the Court entered a Memorandum of Decision Granting in Part Plaintiffs' Motion to Dismiss (hereinafter "Memorandum of Decision"), on February 7, 2014, that dismissed all counts of Maxim Entities counterclaims against the Plaintiffs, but granted Maxim Entities fourteen (14) days within which to re-plead with particularity facts which constitute each cognizable claim they seek to assert.

The reason for this Motion is that Maxim Entities completed their Answer and Amended Counterclaims on February 21, 2014, after normal business hours but before midnight. Out-of-state counsel, Atty. Sidney N. Freeman, attempted to

1

file the Answer and Amended Counterclaim immediately following its completion. For some reason he still does not understand, Atty. Freeman was unable to access the filing system.  Due to the late hour Atty. Freeman was unable to obtain assistance from the company that hosts the filing system, and will not be able to do so until business hours on Monday, February 24, 2014.

Atty. Freeman contacted local counsel, who filed the Answer and Amended Counterclaim at 1:14 a.m., Saturday, February 22, 2014.  Maxim Entities state the pleading was completed when it was due, with sufficient time to open the on-line filing system and input relevant information, upload and transmit the document.

As grounds for this motion, Maxim Entities appeal to the Court's discretion to address unforeseen technical difficulties that caused their filing to be made approximately one hour past the deadline. Maxim Entities' inability to make their filing before midnight on February 21, 2014, was the result of excusable neglect (Fed. R. Civ. P. 6(b)(1)(B)), justifying the extension to file the Answer and Counterclaim requested by this Motion, *nunc pro tunc.* In the alternative, Fed. R. Civ. P. 6(d) allows an additional three (3) days for a party to perform an action when service is made under Rule 5(b)(2)(E) (sending by electronic means), as occurred with the Court's Memorandum of Decision, and thus the Answer and Amended Counterclaim could be deemed to be due February 24, 2014.  In either case, Maxim Entities move *nunc pro tunc* for an extension of time, until February 22, 2014, to make their filing.

Respectfully submitted,

Steven Maxim, S2k, Inc., Maxim Enterprises, Inc., and Maxim Field Service Supply, Inc.

By: /s/Sidney N. Freeman
Sidney N. Freeman, *pro hac vice*
12370 Cleveland Avenue, N.W.
P.O. Box 867
Uniontown, OH  44685
P: 330-699-6703
F: 330-699-4803
snfreeman@mddattorneys.com

Robert McNamara, *pro hac vice*
McNamara, Demczyk Co., L.P.A.
12370 Cleveland Avenue
P.O. Box 867
Uniontown, OH 44685
P: 330-699-6703
F: 330-699-4803
rmcnamara@mddattorneys.com

/s/ Brian O'Donnell
Brian O'Donnell
Federal Bar No. ct16041
Mary E. Mintel
Federal Bar No. ct28994
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT  06103
Phone 860.278.1150
Fax 860.240.1002
bodonnell@rrlawpc.com
mmintel@rrlawpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on this 22nd day of February, 2014. Notice of filing was sent by electronic service to those parties receiving notices through the Court's CM/ECF system.

        /s/ Mary E. Mintel
        Mary E. Mintel (Federal Bar No. ct28994)