UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                    )
**EAST POINT SYSTEMS, INC.,** *et al.*   )
                                    )
                    **Plaintiffs,**      )    Case No. 2:13-cv-00215-VLB
                                    )
    **v.**                             )
                                    )
**STEVEN MAXIM,** *et al.,*             )
                                    )    March 13, 2014
                                    )
                    **Defendants.**      )
_____)

**DEFENDANTS CLEVELAND FIELD SYSTEMS, LLC AND EDWIN PAJEMOLA'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO MAXIM ENTITIES' SECOND AMENDED CROSS-CLAIM**

      Defendants Edwin Pajemola and Cleveland Field Systems, LLC, (collectively, the "Pajemola Defendants") hereby move for a two week enlargement of time, up to and including March 31, 2014, to respond to the Maxim Entities' [Second] Amended Cross-Claim ("Maxim's Cross-Claim"). Due to the press of other matters, the Pajemola Defendants' counsel has been unable to respond to Maxim's Cross-Claim. The Pajemola Defendants hereby request a two week enlargement of time, up to and including March 31, 2014, to respond Maxim's Cross-Claim.

Respectfully submitted,

Cleveland Field Systems, LLC and Edwin Pajemola


By:_____/s/_____
       Edward R. Scofeld
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06601
Tel:  203-333-9441
Fax: 203-333-1489
escofeld@znclaw.com


*Timothy L. McGarry*_____
Timothy L. McGarry
Henderson & Schmidlin Co., LPA
840 Brainard Road
Highland Heights, OH  44143
Phone:  440-720-0379
Fax:  440-720-0385
Email:  tmcgarry@hendersonschmidlin.com

Attorneys for Defendants Cleveland Field Systems, LLC and Edwin Pajemola


## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

By:_____/s/_____
       Timothy L. McGarry