UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                                              )
**EAST POINT SYSTEMS, INC.,** *et al.*         )
                                                              )
                    **Plaintiffs,**         )         Case No. 2:13-cv-00215-VLB
                                                              )
       **v.**                                             )
                                                              )
**STEVEN MAXIM,** *et al.,*                         )
                                                              )         March 21, 2014
                                                              )
                    **Defendants.**        )
_____)

**RE-FILED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR
DEFENDANTS CLEVELAND FIELD SYSTEMS, LLC AND EDWIN PAJEMOLA**

      Pursuant to Local Rule 7(e), Timothy L. McGarry and the law firm of Henderson & Schmidlin Co., LPA and Edward Scofield and the law firm of Zeldes, Needle & Cooper, P.C. (collectively, "Movants"), hereby move for leave to withdraw as counsel for Defendants Edwin Pajemola ("Pajemola") and Cleveland Field Systems, LLC ("CFS") (collectively, the "Pajemola Defendants"). Movants had a long period of time where they were unable to reach the Pajemola Defendants despite repeated efforts in order to comply with the Pajemola Defendants' discovery obligations. While Movants recently spoke with Pajemola, the Pajemola Defendants have done nothing to comply with their discovery obligations. Movants submit other good cause also exists for withdrawal.

      The Pajemola Defendants were served with the original Motion to Withdraw via certified mail, return receipt requested, as well as via electronic mail. The Pajemola Defendants have not picked up the certified mail. Accordingly, Movants

have served Pajemola with this re-filed Motion via personal service and electronic mail.

Movants have notified the Pajemola Defendants that failure by CFS to engage successor counsel and failure by Pajemola to either engage successor counsel and/or enter a pro se appearance may lead to a judgment being entered against the Pajemola Defendants and/or dismissal of their counterclaims and cross claims.

Based upon the foregoing, Movants respectfully request leave to withdraw as counsel of record for the Pajemola Defendants.

By: /s/
Edward R. Scofeld
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06601
Tel:  203-333-9441
Fax: 203-333-1489
escofeld@znclaw.com

s/Timothy L. McGarry
Timothy L. McGarry
Henderson & Schmidlin Co., LPA
840 Brainard Road
Highland Heights, OH  44143
Phone:  440-720-0379
Fax:  440-720-0385
Email:  tmcgarry@hendersonschmidlin.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, a copy of the foregoing was served via the Court's electronic filing system upon all counsel of record. I personally served the Pajemola Defendants at:

Edwin Pajemola
4223 Morley Drive
Reminderville, Ohio 44202

                                                 By: *s/Timothy L. McGarry*
                                                      Timothy L. McGarry