# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST POINT SYSTEMS, INC., THOMAS MARGARIDO, JASON MARGARIDO, AND PAUL TAFF )<br><br>Plaintiffs, )<br><br>vs. )<br><br>STEVEN MAXIM, S2K, INC., MAXIM ENTERPRISES, INC., MAXIM FIELD SERVICE SUPPLY, INC., EDWIN PAJEMOLA, AND CLEVELAND FIELD SYSTEMS, LLC )<br><br>Defendants. ) | CIVIL ACTION NO. 3:13-cv-215-VLB<br><br><br><br><br>JULY 25, 2014 |

## PLAINTIFFS' NOTICE OF MANUAL FILING OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT

Please take notice that Plaintiffs East Point Systems, Inc., Thomas Margarido, Jason Margarido, and Paul Taff have manually filed :

- Exhibit D, Maxim's Expert's Report, to their Motion for Summary Judgment, filed herewith.

This document has not been filed electronically because: [mark all that apply]

[ ] the document (or thing) cannot be converted to the required PDF format
[ ] the electronic file size of the document exceeds 5 MB
[ ] Plaintiff/Defendant is excused from electronically filing this document by court order.
[x ] a motion to seal this document has been filed.

The document has been manually served on all parties, unless such document has been marked "Attorneys' Eyes Only" and a party is not represented by counsel.

|  |  |
|---|---|
| Date:  July 25, 2014 | By: /s/ Jay M. Wolman<br>Jay M. Wolman ct29129<br>Bruce H. Raymond ct04981<br>Raymond Law Group LLC<br>90 National Drive, Suite 3<br>Glastonbury, CT 06033<br>P: 860-633-0580<br>F: 860-633-0438<br>wolman@raymondlawgroup.com<br>Raymond@raymondlawgroup.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:  July 25, 2014                             /s/ Jay M. Wolman
                                                 Jay M. Wolman