# EXHIBIT K

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST POINT SYSTEMS, INC., THOMAS MARGARIDO, JASON MARGARIDO, AND PAUL TAFF<br><br>  Plaintiffs,<br><br>vs.<br><br><br>STEVEN MAXIM, S2K, INC., MAXIM ENTERPRISES, INC., MAXIM FIELD SERVICE SUPPLY, INC., EDWIN PAJEMOLA, AND CLEVELAND FIELD SYSTEMS, LLC<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:13-cv-215-VLB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AFFIDAVIT OF COUNSEL**

I, Jay M. Wolman, having been duly sworn, depose and state the following:

1. I am over the age of 18 years and understand the meaning and obligation of an oath;

2. I make this affidavit based on my personal knowledge;

3. I am an attorney with an address of 90 National Drive, Suite 3, Glastonbury, CT 06033, licensed to practice in the state and federal courts of the State of Connecticut, and I represent the Plaintiffs in the above-captioned proceeding.

4. Exhibit A, filed herewith, is a true and correct copy of Plaintiff's Verified Complaint;

5. Exhibit B, filed herewith, is a true and correct copy of excerpts from the Deposition of Steven Maxim;

6. Exhibit C, filed herewith, is a true and correct copy of Maxim Defendant's Answer, Counterclaim and Cross-Claim;

7. Exhibit D, filed herewith, is a true and correct copy of Maxim Defendant's Expert's Report;

8. Exhibit E, filed herewith, is a true and correct copy of Plaintiff's Expert's Report;

9. Exhibit F, filed herewith, is a true and correct copy of Plaintiff's source code and database;

10. Exhibit G, filed herewith, is a true and correct copy of Maxim Defendant's database;

11. Exhibit H, filed herewith, is a true and correct copy of excerpts from the Deposition of Edwin Pajemola;

12. Exhibit I, filed herewith, is a true and correct copy of the materials submitted to the U.S. Copyright Office upon which copyright registration in Field-Comm.net was issued;

13. Exhibit J, filed herewith, is a true and correct copy of Cleveland Field Systems, LLC and Edwin Pajemola's Answer, Counterclaim and Cross-Claim;

14. Exhibit M, filed herewith, is a true and correct copy of the materials made subject of copyright Certificate of Registration Txu 1-679-516;

15. On May 24, 2014, the Plaintiffs served on Edwin Pajemola and Cleveland Field Systems, LLC, each a request for admissions to which no response has been received to date;

16. Exhibit N, filed herewith, is a true and correct copy of Plaintiff's Request for Admissions to Edwin Pajemola;

17. Exhibit O, filed herewith, is a true and correct copy of Plaintiff's Request for Admissions to Cleveland Field Systems, LLC;

18. Copyright registration of Exhibit I abided the trade secret requirements of 37 CFR 202.20(c)(2)(vii)(A)(2); and

19. The Maxim 1.2 database examined by the experts, appearing at Exhibit G, is the same database submitted to the Register of Copyrights as "Maxim Build" at Exhibit I.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON:	July 25, 2014

/s/ Jay M. Wolman
Jay M. Wolman