IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST POINT SYSTEMS, INC., THOMAS MARGARIDO, JASON MARGARIDO, AND PAUL TAFF ) ) ) ) | CIVIL CASE NO. #3:13-cv-00215-VLB |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| STEVEN MAXIM, S2K, INC., MAXIM ENTERPRISES, INC., MAXIM FIELD SERVICE SUPPLY, INC., EDWIN PAJEMOLA, AND CLEVELAND FIELD SYSTEMS, LLC ) ) ) ) ) ) ) | |
| Defendants. ) | AUGUST 15, 2014 |

## MAXIM DEFENDANTS' MOTION TO SEAL EXPERT REPORT

Defendants Steven Maxim, S2k, Inc., Maxim Enterprises, Inc., and Maxim Field Service Supply, Inc. (collectively, "Maxim Defendants"), move to seal certain sections of an expert report that discusses trade secrets of Maxim Defendants. A redacted version of this expert report, authored by Greg Kelley and dated December 13, 2013 (the "Expert Report"), is attached to Maxim Defendants' Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Memorandum in Opposition"), filed today.

During the instant litigation, Maxim Defendants provided Plaintiffs with the Expert Report. See Plaintiff's Motion to Seal (Doc. 82), Exhibit A. Along with Plaintiff's expert report, the Expert Report was designated as "Confidential Information-Attorneys' Eyes Only," as they discuss the contents of the confidential source code and database structures. See id.

1

23120.000/608362.1

Such designated material is not subject to automatic sealing. See Standing Protective Order (Doc. 8) at ¶ 14; Local Rule 5(e); Order Denying Motion for Protective Order (Doc. 74). Consistent therewith, Plaintiffs filed a redacted version of the Expert Report with the Memorandum in Opposition, and are filing this motion to seal in accordance with Local Rule 59(e)(4).

Trade secrets are appropriate for sealing, counterbalancing the public interest in judicial proceedings. See, e.g., Encyclopedia Brown Prods. v. Home Box Office, 26 F. Supp. 2d 606, 612 (S.D.N.Y. 1998)("Potential damage from release of trade secrets is a legitimate basis for sealing documents and restricting public access"), citing Nixon v. Warner Communications, 435 U.S. 589, 598 (1978).

It is appropriate to seal source code, as propriety material and a trade secret. Agency Solutions. Com. LLC v. TriZetto Group, Inc., 819 F. Supp. 2d 1001, 1017 (E.D. Cal. 2011)("[S]ource code is undoubtably[sic] a trade secret.") Expert reports that contain significant discussion of software-related functionality and code can also be sealed appropriately. See, e.g., Guzik Tech. Enters. v. W. Digital Corp., 5:11-CV-03786-PSG, 2013 WL 6199629 at *2-5 (N.D. Cal. Nov. 27, 2013)

Wherefore, Maxim Defendants respectfully move this Court to issue an order sealing certain sections of the Expert Report indicated by the redactions made in the version publicly filed today as an attachment to the Memorandum in Opposition.

23120.000/608362.1

        Respectfully submitted,

        Defendants Steven Maxim,
        S2k, Inc., Maxim Enterprises, Inc., and
        Maxim Field Service Supply, Inc.


By:    /s/ Sidney N. Freeman
        Sidney N. Freeman, *pro hac vice*
        12370 Cleveland Avenue, N.W.
        P.O. Box 867
        Uniontown, OH  44685
        P: 330-699-6703
        F: 330-699-4803
        snfreeman@mddattorneys.com

        Robert McNamara, *pro hac vice*
        McNamara, Demczyk Co., L.P.A.
        12370 Cleveland Avenue
        P.O. Box 867
        Uniontown, OH 44685
        P: 330-699-6703
        F: 330-699-4803
        rmcnamara@mddattorneys.com

        /s/ Brian O'Donnell
        Brian O'Donnell
        Federal Bar No. ct16041
        Mary E. Mintel
        Federal Bar No. ct28994
        Reid and Riege, P.C.
        One Financial Plaza
        Hartford, CT  06103
        Phone 860.278.1150
        Fax 860.240.1002
        bodonnell@rrlawpc.com
        mmintel@rrlawpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on this 15th day of August, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt through the Court's CM/ECF system. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ Mary E. Mintel
Mary E. Mintel  (Federal Bar No. ct28994)

23120.000/608362.1