IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST POINT SYSTEMS, INC., THOMAS MARGARIDO, JASON MARGARIDO, AND PAUL TAFF | ) CIVIL CASE NO. 3:13-cv-00215-VLB ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| STEVEN MAXIM, S2K, INC., MAXIM ENTERPRISES, INC., MAXIM FIELD SERVICE SUPPLY, INC., EDWIN PAJEMOLA, AND CLEVELAND FIELD SYSTEMS, LLC | ) ) ) ) ) ) |
| Defendants. | ) August 15, 2014 |

**MAXIM DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR JUDGMENT ON PAJEMOLA AND CLEVELAND FIELD SYSTEMS COUNTERCLAIMS OR, IN THE ALTERNATIVE, TO <u>DISMISS FOR LACK OF PROSECUTION</u>**

Defendants Steven Maxim, S2k, Inc., Maxim Enterprises, Inc., and Maxim Field Service Supply, Inc. (collectively, the "Maxim Defendants") respectfully respond to the Plaintiffs' Motion for Judgment on Pajemola and Cleveland Field Systems Counterclaims or, in the Alternative, to Dismiss for Lack of Prosecution (Doc. 85) ("Plaintiffs' Motion"), and supporting papers. Maxim Defendants have no objection to Plaintiffs' Motion so long as the Court fashions an entry that does not prejudice the rights of Maxim Defendants to pursue their counterclaims against Plaintiffs and cross-claims against Pajemola Defendants, or their defenses against Plaintiffs' claims or Pajemola Defendants' cross-claims.

While Maxim Defendants certainly support the principle of narrowing the issues being contested to provide more streamlined proceedings, they want to make sure care is taken that such an order narrowing issues does not harm

**Maxim Defendants' positions in the action. They ask this Court, therefore, to fashion a remedy that clears the action of unnecessary clutter while preserving Maxim Defendants' due process rights to their day in Court.**

    **WHEREFORE MAXIM DEFENDANTS SO RESPOND.**

        **Respectfully submitted,**

        **Defendants Steven Maxim,**
        **S2k, Inc., Maxim Enterprises, Inc., and**
        **Maxim Field Service Supply, Inc.**

    **By:**    **/s/Sidney N. Freeman**
        **Sidney N. Freeman,** *pro hac vice*
        **12370 Cleveland Avenue, N.W.**
        **P.O. Box 867**
        **Uniontown, OH  44685**
        **P: 330-699-6703**
        **F: 330-699-4803**
        **snfreeman@mddattorneys.com**

        **Robert McNamara,** *pro hac vice*
        **McNamara, Demczyk Co., L.P.A.**
        **12370 Cleveland Avenue**
        **P.O. Box 867**
        **Uniontown, OH 44685**
        **P: 330-699-6703**
        **F: 330-699-4803**
        **rmcnamara@mddattorneys.com**

        **/s/ Brian O'Donnell**
        **Brian O'Donnell**
        **Federal Bar No. ct16041**
        **Mary E. Mintel**
        **Federal Bar No. ct28994**
        **Reid and Riege, P.C.**
        **One Financial Plaza**
        **Hartford, CT  06103**
        **Phone 860.278.1150**
        **Fax 860.240.1002**
        **bodonnell@rrlawpc.com**
        **mmintel@rrlawpc.com**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on this 15th day of August, 2014.  Notice of filing was sent by electronic service to those parties receiving notices through the Court's CM/ECF system, and by regular mail to those parties who do not.

/s/ Mary E. Mintel
Mary E. Mintel  (Federal Bar No. ct28994)