## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EAST POINT SYSTEMS, INC., et al.** | ) | CIVIL CASE NO. #3:13-cv-00215-VAB |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **STEVEN MAXIM, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | AUGUST 12, 2015 |

### MOTION OF ATTY. ROBERT McNAMARA, McNAMARA, DEMCZYK CO., L.P.A., AND ATTY. SIDNEY N. FREEMAN TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Atty. Robert McNamara, McNAMARA, DEMCZYK CO., L.P.A., and Atty. Sidney N. Freeman respectfully move this honorable Court for leave to withdraw their appearances for the Defendants Steven Maxim, S2K, Inc., Maxim Enterprises, Inc., and Maxim Field Service Supply, Inc. (hereinafter collectively "Maxim Defendants") in the captioned action. Atty. Brian O'Donnell and Atty. Mary Mintel Miller, of REID and RIEGE, P.C., will remain as Maxim Defendants' counsel, and all parties have been notified.

As set forth in the certificate of service hereinafter, a copy of this motion is being served upon Maxim Defendants by certified mail.

                                                  **Defendants Steven Maxim,**
                                                  **S2k, Inc., Maxim Enterprises, Inc., and**
                                                  **Maxim Field Service Supply, Inc.**

                                By:    **/s/Sidney N. Freeman**
                                              Sidney N. Freeman, *pro hac vice*
                                              12370 Cleveland Avenue, N.W.
                                              P.O. Box 867
                                              Uniontown, OH  44685
                                              P: 330-699-6703
                                              F: 330-699-4803
                                              snfreeman@mddattorneys.com

1

          **/s/Robert McNamara**
          Robert McNamara, *pro hac vice*
          McNamara, Demczyk Co., L.P.A.
          12370 Cleveland Avenue
          P.O. Box 867
          Uniontown, OH 44685
          P: 330-699-6703
          F: 330-699-4803
          rmcnamara@mddattorneys.com

          **/s/Brian O'Donnell**
          Brian O'Donnell
          Federal Bar No. ct16041
          Mary M. Miller
          Federal Bar No. ct28994
          Reid and Riege, P.C.
          One Financial Plaza
          Hartford, CT  06103
          P: 860-278-1150
          F: 860-240-1002
          bodonnell@rrlawpc.com
          mmiller@rrlawpc.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Motion was filed electronically on this 12th day of August, 2015.  Notice of filing was sent by electronic service to those parties receiving notices through the Court's CM/ECF system.  The undersigned further certifies the Motion was sent by regular U.S. mail, postage prepaid, to:

Mr. Edwin Pajemola and Cleveland Field Systems, LLC
4223 Morely Drive
Reminderville, OH  44202

and by electronic mail and certified U.S. mail, postage prepaid, return receipt requested, to:

Steven Maxim; S2k, Inc.; Maxim Enterprises, Inc.; and Maxim Field Service Supply, Inc.
5080 Aultman Road
North Canton, OH  44720

          **/s/Sidney N. Freeman**
          Sidney N. Freeman, *pro hac vice*

2

23120.000/631077.2