IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST POINT SYSTEMS, INC., THOMAS MARGARIDO, JASON MARGARIDO, AND PAUL TAFF <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN MAXIM, S2K, INC., MAXIM ENTERPRISES, INC., MAXIM FIELD SERVICE SUPPLY, INC., EDWIN PAJEMOLA, AND CLEVELAND FIELD SYSTEMS, LLC <br><br> Defendants. | ) CIVIL CASE NO. 3:13-cv-00215-VAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) May 11, 2016 |

### POST-JUDGMENT MOTION FOR PRE-JUDGMENT REMEDY

Pursuant to Fed. R. Civ. P. 64, D. Conn. L. Civ. R. 4(c), and section 52-278a et seq. of the Connecticut General Statutes, Defendants Steven Maxim, S2K, Inc., and Maxim Enterprises, Inc. (collectively, "Defendants") hereby file this motion for a prejudgment remedy against Plaintiff East Point Systems, Inc., ("East Point").[1] In support of their motion, Defendants submit the accompanying Memorandum of Law and Affidavit of Mary Mintel Miller ("Miller Aff."). The Defendants represent that:

1.  They prevailed in litigation against East Point with respect to three substantively identical contracts that require an award of "all costs and expenses, including attorney's fees" to the prevailing party, which exceed $400,000. (Miller Aff., ¶¶ 7-11.) Furthermore, East Point was ordered to pay Defendant S2K $57,700 in exchange for shares in East Point. (Id., ¶ 5.)

---

[1] Defendant Maxim Field Services Supply, Inc. was not a party to the contracts here at issue and is not a party to this motion.

2. Based on the foregoing, the Defendants seek an order from this Court directing that the following prejudgment remedy be granted to secure an expected payment of at least $457,700:

(a) To attach a sufficient amount of East Point's real and personal property to secure the totality of such sum; and

(b) To attach and/or garnish such other assets, goods, estate, debts, property, and/or other obligations held by or on behalf of East Point.

<br>

**Defendants Steven Maxim,
S2k, Inc. and Maxim Enterprises, Inc.**

By: /s/ Mary Mintel Miller
Brian O'Donnell
Federal Bar No. ct16041
Mary Mintel Miller
Federal Bar No. ct28994
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT 06103
P: 860-278-1150
F: 860-240-1002
bodonnell@rrlawpc.com
mmiller@rrlawpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Motion was filed electronically on this 11th day of May, 2016. Notice of filing was sent by electronic service to those parties receiving notices through the Court's CM/ECF system. The undersigned further certifies the Motion was sent by regular U.S. mail, postage prepaid, to:

Mr. Edwin Pajemola and Cleveland Field Systems, LLC
4223 Morely Drive
Reminderville, OH  44202

/s/ Mary Mintel Miller
Mary Mintel Miller