IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST POINT SYSTEMS, INC., THOMAS MARGARIDO, JASON MARGARIDO, AND PAUL TAFF<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN MAXIM, S2K, INC., MAXIM ENTERPRISES, INC., MAXIM FIELD SERVICE SUPPLY, INC., EDWIN PAJEMOLA, AND CLEVELAND FIELD SYSTEMS, LLC<br><br>Defendants. | CIVIL CASE NO. 3:13-cv-00215-VAB<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>May 11, 2016 |

### MOTION FOR DISCLOSURE OF ASSETS

Pursuant to the provisions of Connecticut General Statutes § 52-278n, defendants, Steven Maxim, S2K, Inc., and Maxim Enterprises, Inc. (collectively, "Defendants") move that this court order that Plaintiff East Point Systems, Inc. ("East Point"), disclose under oath, within seven days of the date of this Court's order hereon, any and all property real and personal, tangible and intangible, in which East Point has any interest, and any and all debts and obligations owing to East Point, including, but not limited to, the following:

1. Bank Accounts: Identify the account and the type of account, the names and addresses of the institutions where such accounts are maintained, the present balance in each such account, and the account numbers.

2. Money Market Fund Accounts: Identify the names of the money market funds, the names and addresses of institutions where such funds or accounts are maintained, the present balance in these money market accounts and the account numbers.

3. Real Property: Identify the record owners, the location and address of the property, the legal description of the property, the nature and interest of each defendants' interest in the property, the estimated market value of each defendant's interest, the names and addresses of any lien holders on the property and the amounts of each such lien.

4. Stocks, Bonds, Commercial Papers and Securities (collectively the "securities"): Identify the entities issuing the securities, the types of securities, the amount of shares owned in each corporation or the principal amount of the securities, the market value of the securities, the present location of the securities, the series numbers of any stock and bond certificates.

5. Partnership Interests: Identify the name of the partnership, the type of partnership, its place of business, its managing agent and its address, the nature of the interest, the percentage interest in the partnership and the market value of such interest as evidenced by the partnership's most recent financial statements, the estimated dates in the future when the partnership distributions will be made to the judgment debtor and the estimated amount of such distributions.

6. Accounts Receivable: Identify the name and address of the account debtor, the amount on the account debtor's obligation, the date on which the obligation was incurred, and the date on which such obligation became or becomes due.

7. Life Insurance: Identify the type of insurance, the name and address of the insured, the name and address of the beneficiary, the cash value of the policy, whether each defendant has a right to borrow against the policy and the amount which may be borrowed and the policy numbers.

8. Motor Vehicles, Boats and Airplanes: Identify the description and registration number of the vehicle, the city and town where registered, the names and address of any lien holders and the amount of such liens, the estimated market value of the vehicle.

9. All assets transferred to third parties within 3 years prior to the date hereof by gift or for less than full consideration: Identify the date of transfer of the asset, consideration if any paid by the transferee, and the fair market value of the assets at the time of the transfer.

10. All equipment and/or inventory of any kind having a value of $500.00 or more; identify location, names and addresses of lien holders and amounts of such liens, and the estimated market value.

11. All other Tangible and Intangible Assets having a value of $500.00 or more.

**Defendants Steven Maxim,
S2k, Inc., and Maxim Enterprises, Inc.**

By: /s/ Mary Mintel Miller
      Brian O'Donnell
      Federal Bar No. ct16041
      Mary Mintel Miller
      Federal Bar No. ct28994
      Reid and Riege, P.C.
      One Financial Plaza
      Hartford, CT  06103
      P: 860-278-1150
      F: 860-240-1002
      bodonnell@rrlawpc.com
      mmiller@rrlawpc.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Motion was filed electronically on this 11th day of May, 2016. Notice of filing was sent by electronic service to those parties receiving notices through the Court's CM/ECF system. The undersigned further certifies the Motion was sent by regular U.S. mail, postage prepaid, to:

Mr. Edwin Pajemola and Cleveland Field Systems, LLC
4223 Morely Drive
Reminderville, OH  44202

/s/ Mary Mintel Miller
Mary Mintel Miller